No. 80–1968. HUDSON v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1979. TAMER v. UNITED STATES;
No. 80–1981. ABRAHAM v. UNITED STATES;
No. 80–1983. GOLDFARB v. UNITED STATES; and
No. 80–2024. ALADDIN HOTEL CORP. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–1985. KADANS v. LIONEL ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1986. DISTLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–1987. RED DIAMOND SUPPLY, INC. v. ACME WELDING & SUPPLY, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1988. HART v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 80–1989. FULLERTON v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 80–1993. LA FARGUE v. ST. AMANT, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1995. TEAMSTERS LOCAL UNION NO. 115 v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–1996. FREESE v. UNITED STATES. Ct. Cl. Certiorari denied.